Case 12-35375-sgj7 Doc 462 Filed 05/23/16    Entered 05/23/16 15:09:07    Page 1 of 1



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 23, 2016

_____
United States Bankruptcy Judge

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Hearthwood North I Association, Inc.  §  Case No.: 12–35375–sgj11
 §  Chapter No.: 11
Debtor(s)  §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Pedro Sanchez & Henely Tabarez filed an Application for Payment of Unclaimed Funds on 5/11/2016 in the amount of $19,188.92.

The Court, after review of the application, finds:

- ☑ no funds are on record for the claimant
- ☐ no documents of proof are provided with the application
- ☐ insufficient documentation has been provided with the application
- ☐ required Form AO 213 not provided with the application
- ☐ the application was not served on the US Attorney
- ☑ Other: The Court has spoken with Trustee Cunningham regarding the potential unclaimed funds. Mr. Cunningham advised the payment has been reissued, in check form, to the claimants.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #