James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| HEARTHWOOD NORTH I, ASSOCIATION, INC. | § § § | CASE NO. 12-35375-SGJ-11 |
| DEBTOR | § § | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
## UNIT 721 OWNER - CHRISTOPHER L. RUMBAUGH

Transmitted herewith is a payment for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 11 case. I hereby certify that a period of ninety days has elapsed since the issuance of the first distribution to Christopher L. Rumbaugh as title owner to 12375 Abrams Road, Unit 721, Dallas, TX 75243, and such payment has not been cashed or returned. Efforts to locate Christopher L. Rumbaugh since February, 2016, have failed. Unclaimed funds due are $26,716.27 as follows: first distribution per 1/21/2016 order, $22,743.92, second and final distribution per 10/14/2016 order, $3,972.35.

Name of payee on unclaimed payment(s):    **Christopher L. Rumbaugh**
Amount:                                    **$ 26,716.27**

Previous known addresses:

Per 7/7/1998 *Deed of Trust* filed in Dallas County:    12375 Abrams Road, #721
                                                       Dallas, TX  75243

Per 6/25/2014 *Affidavit of Service* filed in           4341 Horizon North Pkwy, Apt 817
Adversary Case # 13-03213, docket #155:                Dallas, TX  75287-2886

## Certificate of Service

I hereby certify that a true copy of the foregoing Notice was mailed and/or forward by electronic transmission to the following parties on October 28, 2016:

U.S. Trustee                          Christopher L. Rumbaugh
1100 Commerce St. # 976               4341 Horizon North Pkwy, Apt 817
Dallas, TX 75242                      Dallas, TX  75287-2886

*James W. Cunningham, Trustee*