James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                              §
                                                    §
HEARTHWOOD NORTH I,                                 §               CASE NO. 12-35375-SGJ-11
ASSOCIATION, INC.                                   §
                                                    §
   DEBTOR                                            §

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
## UNIT 325 OWNER - GARY LUU

      Transmitted herewith is a payment for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 11 case.  I hereby certify that a period of ninety days has elapsed since the issuance of the first distribution to Gary Luu  as title owner to 12351 Abrams Road, Unit 325, Dallas, TX  75243, and such payment has been returned "Return to Sender / Attempted - Not Known / Unable to Forward."  Efforts to contact and locate Gary Luu since February, 2016, have failed.  Unclaimed funds due are $18,318.65 as follows:  first distribution per 1/21/2016 order, $15,654.27, second and final distribution per 10/14/2016 order, $2,664.38.

Name of payee on unclaimed payment(s):    **Gary Luu**
Amount:                                    **$ 18,318.65**


Previous known addresses:

Per 5/11/2007 *Warranty Deed* filed in Dallas County:          3042 High Plateau Drive
                                                                Garland, TX  75044


Address as of 10/26/2012:                                      12351 Abrams Road, Unit 325
                                                                Dallas, TX 75243


Per personal office visit 9/12/2013:                          PO Box 741462
                                                                Dallas Texas 75374-1462


Per 9/23/2014 *Consent to Judgment Authorizing Sale of*       PO Box 741462
*Interest of Co-Owners in Property* filed in Adversary         Dallas Texas 75374
Case # 13-03213, docket #177, page 43, and docket#225:

## Certificate of Service

I hereby certify that a true copy of the foregoing Notice was mailed and/or forward by electronic transmission to the following parties on October 30, 2016:

U.S. Trustee
1100 Commerce St. # 976
Dallas, TX 75242

James W. Cunningham, Trustee