James W. Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Drive
Dallas Texas 75214-3451
(214) 827-9112

Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HEARTHWOOD NORTH I, | § | CASE NO. 12-35375-SGJ-11 |
| ASSOCIATION, INC. | § | |
| | § | |
| DEBTOR | § | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
CREDITOR - TOTO ROOTER - 100% PAYMENT**

Transmitted herewith is a payment for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced chapter 11 case. I hereby certify that Toto Rooter was listed as an undisputed unsecured creditor in the amount of $178.75, was scheduled with no address given, and research has been conducted, but no address has been found. A 100% payment to Toto Rooter has been allowed and issued, but the creditor has not been located.

Name of payee on unclaimed payment(s):    **Toto Rooter**
Amount:                                   **$ 178.75**

Previous known address:

   No Address Given
   Creditor listed on Schedule F, docket 33, as "Business debt / Plumbing Services"

**Certificate of Service**

I hereby certify that a true copy of the foregoing Notice was mailed and/or forward by electronic transmission to the following parties on October 31, 2016:

U.S. Trustee
1100 Commerce St. # 976
Dallas, TX 75242

*/s/ James W. Cunningham*
James W. Cunningham, Trustee