BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Hearthwood North I Association, Inc. § Case No.: 12-35375-sgj7
 § Chapter No.: 7
Debtor(s) §

Dear James Cunningham:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☑ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No-Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☐ Other:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 10 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 2/13/17

FOR THE COURT:
Jed G. Weintraub, Clerk of Court

by: /s/C Cumby, Deputy Clerk
cassandra_cumby@txnb.uscourts.gov

TRUSTEE RESPONSE:

The chapter 7 trustee also served as the chapter 11 trustee.

All creditors were paid 100% in the chapter 11 case. There are no assets to administer in the chapter 7 estate.

The final tax return for 2016 is due April 15th. The chapter 11 accountant was paid to prepare the final return, and will prepare it for the trustee's signature to file by April 15th. Trustee desires for this case to remain open so that his authority to sign the tax return remains, and so that he can get IRS approval / prompt determination of the final tax return per 505(b). That approval usually comes 30-60 days after filing.

Thereafter, he will file a chapter 7 no-asset report.