BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Hearthwood North I Association, Inc. § Case No.: 12−35375−sgj7
§ Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  6/22/17         FOR THE COURT:
                        Jed G. Weintraub, Clerk of Court

                        by: /s/C Cumby, Deputy Clerk