| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Hearthwood North I Association, Inc. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS | | | |
| Case number: | 12-35375 | | |

**FILED**

APR 11 2022

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS



Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 18,318.65 |
|---|---|
| Claimant's Name: | GARY LUU |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | AV SIND DE HACIENDA 604<br>FRACC FOVISTE 4TA ETAPA<br>MEXICALI BC C.P. 21240 MEXICO |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

[X] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

[ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

[ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

[ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

[✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 03/28/2022 | Date: |
| Signature of Applicant: *(signed)* | Signature of Co-Applicant (if applicable): |
| Printed Name of Applicant: GARY LUU | Printed Name of Co-Applicant (if applicable): |
| Address: AV SIND DE HACIENDA 604  FRACC FOVISTE 4TA ETAPA  MEXICALI BC C.P. 21240 MEXICO | Address: |
| Telephone: 686-1076011 | Telephone: |
| Email: YAPODEMOS2015@GMAIL.COM | Email: |

**6. Notarization**
STATE OF CALIFORNIA
COUNTY OF SAN DIEGO

This Application for Unclaimed Funds, dated 03/28/2022 was subscribed and sworn to before me this 4 day of April, 2022 by GARY LUU who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _Patricia Martinez_

My commission expires: Oct 20, 2023

PATRICIA MARTINEZ
Commission # 2309648
Notary Public - California
San Diego County
My comm. Expires Oct 20, 2023

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:







GOBIERNO DEL DISTRITO FEDERAL
CONSEJERÍA JURÍDICA Y
DE SERVICIOS LEGALES
Dirección General Jurídica
y de Estudios Legislativos



CDMX

M é x i c o

Apostille
(Convention de la Haye du 5 octubre 1961)

Derechos $ 92.75

núm. Orden 13006

En México el presente documento público ha sido firmado por RODRIGO OROZCO PEREZ quien actúa en calidad de NOTARIO 53 DEL DISTRITO FEDERAL y está revestido del sello correspondiente a NOTARIA 53 DISTRITO FEDEREAL, MEXICO certificado en CIUDAD DE MÉXICO por (el) C. DAVID ZARIÑANA RODRIGUEZ, JEFE DE UNIDAD DEPARTAMENTAL DE CONSULTAS JURIDICAS DE LA DIRECCIÓN GENERAL JURÍDICA Y DE ESTUDIOS LEGISLATIVOS DE LA CONSEJERIA JURÍDICA Y DE SERVICIOS LEGALES

CIUDAD DE MÉXICO el 30 de marzo de 2022

1B88F2I5O9C4Z2A4DY8C/Capturado por:ROP

Valide la autenticidad de este documento en http://data.consejeria.cdmx.gob.mx/verificaAL/datosWeb.xul
Clave: EV3M89W4N8VMC9A3UCW9V5BMYU9G

No. **1 3 0 0 6**



F2 4 6 2 4 6 7 8

The ministry of Foreign Affairs of the United Mexican States hereby request al competent authorities to permit the holder of this passport, a Mexican national, free transit whithout delay or hindrance and in case of need to give him all lawful aid and protection

*Seal of "RODRIGO OROZCO PEREZ NOTARY 53 DISTRITO FEDERAL, MEXICO"*

| PASSPORT | United Mexican States | | |
|---|---|---|---|
| | Type **P** | Issuing State Code **MEX** | Passport No. **0024624678** |
| *(Photograph of the interested party)* | Surname **LUU** Given names **GARY** Nationality **MEXICAN** Date of Birth **04 09 1954** Sex: **M** Issue date **05 03 2014** | | *(Holographic photograph of the interested party)* |
| | | Personal No. **LUXG540409HNEXXR03** Place of Birth **VIETNAM** Authority **MEXICO** | *(SIGNED)* |
| Holder's signature *(SIGNED)* | Expiry date **05 03 2024** | | |

P<MEXLUU<<GARY<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<
F246246780MEX5404091M2405032<<<<<<<<<<<<<<02

**Translator's note:** This document was in Spanish, French and English. At the request of the interested party, it appears only in English



Seal of the
" United Mexican States ".
Government of the Federal
District
OFFICE OF LEGAL
AFFAIRS AND SERVICES
GENERAL DIRECTORATE
OF LEGAL AFFAIRS AND
LEGISLATIVE STUDIES.
Mexico

(Emblem of:
UNITED
MEXICAN
STATES. B.C.)

**CDMX**

**Apostille**
**(Convention de la Haye du 5 octubre 1961)**
**Fee :** MXN $92.75
**Order No. :** 13006

In Mexico, this public document has been signed by RODRIGO OROZCO PEREZ acting in the capacity of REGISTRAR OF VITAL RECORDS OF MEXICO CITY, and bears the seal of GOVERNMENT OF FEDERAL DISTRICT, GENERAL DIRECTORATE OF VITAL RECORDS, CERTIFICATIONS. It is certified in MEXICO CITY, by DAVID ZARAÑANA RODRIGUEZ, HEAD OF LEGAL AND GOVERNMENT DEPARTMENT OF LEGAL AFFAIRS AND SERVICES AND GENERAL DIRECTORATE OF LEGAL AFFAIRS AND LEGISLATIVE STUDIES.

MEXICO CITY on March 30 of 2022

1B88F2I5O9C4Z2A4DY8C/ Captured by: ROP

*(SIGNED)*

Validate this document at http://data.consejeria.cdmx.gob.mx/verificaAL/datosWeb.zul
**SIGNATURE**
**Code--->** EV3M89W4N8VMC9 A3UCW9V5BMYU9G

Seal of the
" United Mexican States ".
Government of the Federal
District
OFFICE OF LEGAL
AFFAIRS AND SERVICES
GENERAL DIRECTORATE
OF LEGAL AFFAIRS AND
LEGISLATIVE STUDIES.



## CERTIFICATE OF TRANSLATION

I, the undersigned, **Nancy Viviana Luna Bustamante**, hereby attest that i am a certified translator No. 345 by the Judicial Council of the State of Baja California, Mexico for English, and Spanish, that I have translated the attached document entitled **PASSPORT**, with registration number: **LEG 022-1180** and that to the best of my knowledge, ability, and belief this translation is a true, accurate and complete translation of the original in Spanish **PASAPORTE** that was provided to me.

Dated on **Apr 01 2022**

**Smart Translation: Language & Business Agency**
Av. Acatita de Bajan #1197, C.P. 21290
Mexicali, Baja California, Mexico
info.smartranslation@gmail.com
Cel: + 52 1 (686) 190 7981
Tel: +52 1 (686) 360 6998

AO 215
(08/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## Request to Determine Foreign Vendor Tax Payments

For any questions regarding the taxability of your foreign vendor payment, please contact the Payment Management Branch by phone at 202-502-4829 or via email at tax_compliance@ao.uscourts.gov. All Fields outlined in red are required.

Payee Name: Gary Luu 12-35375    Vendor Code: _____

**Amount to be paid** *(In Dollars)*:
Principal: $ 18,318.65    Interest *(if applicable)*: _____

**Type of Payment** *(select one)*:
- ☐ Restitution;
- ☑ Unclaimed Funds;
- ☐ Registry Funds;
- ☐ Criminal Bond;
- ☐ Contract;
- ☐ Criminal Justice Act *(Attorney)*;
- ☐ Criminal Justice Act *(Services Other than Counsel)*; or
- ☐ Other *(Explain)*:

If a service contract or CJA vendor, will the service be performed in the United States? _____

**Funding Information:**

| Fiscal Year | Fund | Budget Org | Cost Org | Object Code |
|---|---|---|---|---|
| | | | | |

**Obligation:**

| Number | Type | Item Line | Accounting Line |
|---|---|---|---|
| | | | |

**Proposed Payment Method:** International Wire Transfer ▼

Page 1 of 2

AO 215
(08/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## Request to Determine Foreign Vendor Tax Payments

**If payment is to be made via international wire transfer, provide the following Bank information as applicable:**

Legal Name on Account: NELLY LIZETH PEREZ SOTO

Account Holders Address: AV SIND DE HACIENDA 604
FRACC FOVISTE 4TA ETAPA
MEXICALI BC C.P. 21240 MEXICO

**Receiving Bank**

SWIFT Routing # or SWIFTBIC: MENOMXMTXXX

Bank Name: BANCO MERCANTIL DEL NORTE, SA

Bank Address: MONTERREY MEXICO

Bank Account Number: 1182559731

IBAN, BSB *(Australia)* or CLABE *(Mexico)*: 072 020 01182559731 3

Sort Code:

**Domestic United States Intermediary Bank** *(If applicable)*

ABA Routing # or SWIFTBIC: 021000021

Bank Name: JPMORGAN CHASE BANK

Bank Address: NEW YORK, NY USA

Bank Account Number:

**International Intermediary Bank** *(If applicable)*

SWIFT Bank Identifier Code (SWIFTBIC):

Bank Name:

Bank Address:

Bank Account Number:

IBAN, BSB *(Australia)* or CLABE *(Mexico)*:

Sort Code:

GARY LUU  /s/ Gary Luu    Court / TXNB  12-35375
Name of Requester                          *Court Unit/FPDO*

| Form **W-8BEN** (Rev. October 2021) Department of the Treasury Internal Revenue Service | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)** ▶ For use by individuals. Entities must use Form W-8BEN-E. ▶ Go to *www.irs.gov/FormW8BEN* for instructions and the latest information. ▶ Give this form to the withholding agent or payer. Do not send to the IRS. | OMB No. 1545-1621 |
|---|---|---|

| Do NOT use this form if: | Instead, use Form: |
|---|---|
| • You are NOT an individual | W-8BEN-E |
| • You are a U.S. citizen or other U.S. person, including a resident alien individual | W-9 |
| • You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the United States (other than personal services) | W-8ECI |
| • You are a beneficial owner who is receiving compensation for personal services performed in the United States | 8233 or W-4 |
| • You are a person acting as an intermediary | W-8IMY |

**Note:** If you are resident in a FATCA partner jurisdiction (that is, a Model 1 IGA jurisdiction with reciprocity), certain tax account information may be provided to your jurisdiction of residence.

### Part I  Identification of Beneficial Owner (see instructions)

| 1 | Name of individual who is the beneficial owner | 2 | Country of citizenship |
|---|---|---|---|
|   | GARY LUU |   | MEXICO |

| 3 | Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.** |
|---|---|
|   | AV SIND DE HACIENDA 604FRACC FOVISTE 4TA ETAPA |

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
| MEXICLI BC C.P. 21240 | MEXICO |

| 4 | Mailing address (if different from above) |
|---|---|
|   |   |

| City or town, state or province. Include postal code where appropriate. | Country |
|---|---|
|   |   |

| 5 | U.S. taxpayer identification number (SSN or ITIN), if required (see instructions) |
|---|---|
|   |   |

| 6a | Foreign tax identifying number (see instructions) | 6b | Check if FTIN not legally required . . . . . . . . . ☐ |
|---|---|---|---|
|    |   |    |   |

| 7 | Reference number(s) (see instructions) | 8 | Date of birth (MM-DD-YYYY) (see instructions) |
|---|---|---|---|
|   |   |   | 04/09/1954 |

### Part II  Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

9  I certify that the beneficial owner is a resident of _____ within the meaning of the income tax treaty between the United States and that country.

10  **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article and paragraph _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____.

Explain the additional conditions in the Article and paragraph the beneficial owner meets to be eligible for the rate of withholding: _____

### Part III  Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income or proceeds to which this form relates or am using this form to document myself for chapter 4 purposes;
• The person named on line 1 of this form is not a U.S. person;
• This form relates to:
  (a) income not effectively connected with the conduct of a trade or business in the United States;
  (b) income effectively connected with the conduct of a trade or business in the United States but is not subject to tax under an applicable income tax treaty;
  (c) the partner's share of a partnership's effectively connected taxable income; or
  (d) the partner's amount realized from the transfer of a partnership interest subject to withholding under section 1446(f);
• The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country; and
• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

☑ I certify that I have the capacity to sign for the person identified on line 1 of this form.

**Sign Here** ▶

_Gary L_____    03/28/2022
Signature of beneficial owner (or individual authorized to sign for beneficial owner)    Date (MM-DD-YYYY)

GARY LUU
Print name of signer

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 10-2021)



Cablemás Telecomunicaciones, S.A de C.V.
**Domicilio Fiscal:** AV: VASCO DE QUIROGA N°2000 COL. SANTA FE
C.P. 01210, DEÑEGACIÓN ALVARO OBREGON MÉXICO D.F.
RFC TCI770922C21

GARY LUU

AV. SINDICATO DE HACIENDA 604,
FRACC. FOVISSSTE 4TA ETAPA,
MEXICALI, BAJA CALIFORNIA,
MEXICO C.P. 21240



8642565686420229451249963 6658

| MES DE FACTURACIÓN | MARZO | # DE CUENTA 9636658 |
|---|---|---|
| FORMA DE PAGO | EFECTIVO | TOTAL A PAGAR $ 399.00 |
| NÚMERO TELEFÓNICO | 6864202294 | PAGAR ANTES DE 31/MARZO/2022 |
| PÁGINA | 1 DE 1 | |

**ESTADO DE CUENTA**

SALDO DEL MES ANTERIOR — $ 0.00

Suscripción izzi — **$ 399.00**

CARGOS DEL MES — $ 0.00

TOTAL A PAGAR — $ 399.00
(TRESCIENTOS NOVENTA Y NUEVE 00/100 M.N.)

IMPRIMIR FICHA DE PAGO    IZZI PAGO EXPRES EN LÍNEA

Conoce el detalle de tu estado de cuenta en **www.izzi.mx**

**¿TIENES DUDAS?**

ATENCIÓN A CLIENTES
01800 120 5000
LUNES A DOMINGO
LAS 24 HORAS

CHATEA EN LÍNEA EN:
www.izzi.mx
DE 7:00 AM A 11:30 PM

CONTÁCTANOS EN REDES SOCIALES
@soporteizzi  /soporteizzi
/soporteizzi

**WELLS FARGO**

Wells Fargo Deposit Operations
P.O. Box 5110
Sioux Falls, SD 57117-5110

wellsfargo.com

March 16, 2010

GARY LUU
PO BOX 741462
DALLAS, TX 75374

RE: Completing W-8BEN - Certificate of Foreign Status Form

Dear Customer:

Thank you for banking with Wells Fargo. We recently received a change to an address we have in your account records, and that change requires us to obtain an updated Form W-8BEN (Certificate of Foreign Status of Beneficial Owner) from you. The Internal Revenue Service (IRS) requires us to keep on file a completed, signed Form W-8BEN for all beneficial owners of interest-earning deposit accounts, including non-US persons and entities formed outside of the US (as defined by IRS regulations). The purpose of Form W-8BEN and any additional IRS-required documentation is to certify your foreign status. If you are unsure whether the Form W-8BEN is appropriate for you, please consult a tax advisor.

Each account owner must complete a separate Form W-8BEN. Also, when we have a U.S. mailing address on file for an account for any purpose, the owners must also provide additional required documentation. For help in properly completing Form W-8BEN, as well as to determine the additional documentation requirements, please refer to the enclosed instructions and tips.

**Please return all owners' completed Forms W-8BEN and additional required documentation in the envelope provided.**

As disclosed in your Account Agreement, the interest paid on your account will be subject to backup withholding requirements of the IRS until we receive all properly completed certification documentation.

If you have questions regarding this matter, please contact your Wells Fargo banker or call *Wells Fargo Phone Bank*SM 24 hours a day, 7 days a week:
- For Personal Accounts: 1-800-TO-WELLS (1-800-869-3557).
- For Business Accounts: 1-800-CALL-WELLS (1-800-225-5935)
- For Commercial Accounts: 1-800-AT WELLS (1-800-289-3557), Option 2

We appreciate your business and thank you for your attention to this matter.

Deposit Operations

Enclosures



Together we'll go far

Wells Fargo Bank, N.A.