

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 31, 2022

United States Bankruptcy Judge

---

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Hearthwood North I Association, Inc. § Case No.: 12–35375–sgj7
 § Chapter No.: 7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Gary Luu filed an Application for Payment of Unclaimed Funds on 04/11/2022 in the amount of $18,318.65.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☑ the application was not served on the US Attorney

☑ Other: 1) Date of claimant's signature on application does not match date of notarization.
2) Legal Name of Account holder on page 2 of form AO215 must match claimant's name on Application Form 1340 and Payee Name on page 1 of form AO215.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #