

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 31, 2022**

_____
United States Bankruptcy Judge

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Hearthwood North I Association, Inc. § Case No.: 12−35375−sgj7
§ Chapter No.: 7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Gary Luu filed an Application for Payment of Unclaimed Funds on 04/11/2022 in the amount of $18,318.65.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☒ the application was not served on the US Attorney

Other: 1) Date of claimant's signature on application does not match date of notarization.

☒ 2) Legal Name of Account holder on page 2 of form AO215 must match claimant's name on Application Form 1340 and Payee Name on page 1 of form AO215.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 12-35375-sgj |
| Hearthwood North I Association, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 31, 2022 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Jonathan Gitlin, 8140 Walnut Hill Lane, Suite 301, Dallas, TX 75231-4328 |
| cr | | Gary Luu, Av Sind De Hacienda 604, FRACC FOVISTE 4TA ETAPA, Mexicali BC CP, MEXICO |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 02, 2022 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Bayview Loan Servicing  LLC ndecf@BDFGROUP.com |
| Bradley Clay Knapp | on behalf of Interested Party Bank of New York Mellon Trust Company  N.A., fka the Bank of New York Trust Company, NA, as Trustee in Trust for Chase Flex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| D. Woodard Glenn | on behalf of Other Professional Garrett Realty Advisors wglenn@dwgpc.com |
| Daniel J. Sherman | on behalf of Attorney Sheman & Yaquinto  LLP djsherman@syllp.com |
| Daniel J. Sherman | on behalf of Trustee James W. Cunningham djsherman@syllp.com |

| | |
|---|---|
| Daniel J. Sherman | on behalf of Plaintiff James W. Cunningham djsherman@syllp.com |
| Eboney D. Cobb | on behalf of Creditor Richardson ISD ecobb@pbfcm.com  ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com |
| Elizabeth Banda Calvo | on behalf of Creditor Richardson ISD rgleason@pbfcm.com  ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com |
| Elizabeth Weller | on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com |
| Eric K. Bowers | on behalf of Defendant Prime Insurance Company ebowers@zelle.com  bvilla@zelle.com;apogue@zelle.com |
| Erin Marie Schmidt | on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov  erin.schmidt2@usdoj.gov |
| H. Gray Burks | on behalf of Creditor CITIMORTGAGE  INC. gburks@logs.com, nibates@logs.com,logsecf@logs.com |
| Jack Warren Manning | on behalf of Creditor The Manning Law Firm jack@lawyeranddefender.com |
| James W. Cunningham | ECF.JCTrustee@att.net  jcunningham@ecf.axosfs.com |
| Jason Michael Katz | on behalf of Interested Party Oyindamola Eniola Popoola jkatz@ccsb.com  rbell@ccsb.com,wmartinez@ccsb.com |
| Jason Michael Katz | on behalf of Interested Party Oluwasegun Oluwatoyin Popoola jkatz@ccsb.com  rbell@ccsb.com,wmartinez@ccsb.com |
| Jeffrey R Seckel | on behalf of Defendant Lexington Insurance Company jseckel@mcslaw.com  lvelazquez@mcslaw.com |
| Jeffrey R Seckel | on behalf of Attorney McGuire  Craddock & Strother, P. C. jseckel@mcslaw.com, lvelazquez@mcslaw.com |
| Jeffrey R Seckel | on behalf of Plaintiff James W Cunningham jseckel@mcslaw.com  lvelazquez@mcslaw.com |
| Jeffrey R Seckel | on behalf of Plaintiff Hearthwood North I Association  Inc. jseckel@mcslaw.com, lvelazquez@mcslaw.com |
| Jeffrey R Seckel | on behalf of Trustee James W. Cunningham jseckel@mcslaw.com  lvelazquez@mcslaw.com |
| Jeffrey R. Erler | on behalf of Creditor Cotton Commercial USA  Inc. f/k/a Cotton USA, LP jerler@erlerpc.com, gmgtemp@ghetrial.com |
| Joyce W. Lindauer | on behalf of Debtor Hearthwood North I Association  Inc. joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com |
| Kirk A. Schwartz | on behalf of Creditor CITIMORTGAGE  INC. kschwartz@logs.com, LOGSECF@logs.com |
| Larry Alan Levick | on behalf of Creditor JPMorgan Chase Bank  National Association, its successors and assigns levick@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com |
| Laurie A. Spindler | on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com  Dora.Casiano-Perez@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Mark Baggett | on behalf of Creditor City of Dallas Mark.Baggett@Dallascityhall.com  kyle.paur@dallascityhall.com;marisela.navarrro@dallascityhall.com;jennifier.krueger@dallascityhall.com;danna.walls@dallascityhall.com;james.richards@dallascityhall.com |
| Michael Wayne Sebesta | on behalf of Attorney Cavazos  Hendricks, Poirot & Smitham, PC msebesta@chfirm.com, chps.ecfnotices@ecf.courtdrive.com |
| Michael Wayne Sebesta | on behalf of Creditor Official Committee of Condominium Owners msebesta@chfirm.com  chps.ecfnotices@ecf.courtdrive.com |
| Michael Wayne Zientz | on behalf of Creditor Rushmore Loan Management Services  LLC txnd@mwzmlaw.com |
| Richard W. Ward | on behalf of Creditor BDA Design Group  Inc. rwward@airmail.net |

District/off: 0539-3 | User: admin | Page 3 of 3
Date Rcvd: May 31, 2022 | Form ID: pdf012 | Total Noticed: 2

| | |
|---|---|
| Robert Milbank, Jr. | on behalf of Trustee James W. Cunningham rob@milbanklaw.com |
| Sol Villasana | on behalf of Creditor ADI Engineering Inc. svillasana@whitewiggins.com |
| Stephen Weikai Wu | on behalf of Creditor Ocwen Loan Servicing LLC swu@mwzmlaw.com, txnd@mwzmlaw.com |
| Steve Turner | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com |
| Steve Turner | on behalf of Creditor MidFirst Bank ndecf@BDFGROUP.com |
| Susan B. Hersh | on behalf of Interested Party Bella Apartment Holdings LLC susan@susanbhershpc.com, assistant@susanbhershpc.com |
| Thomas Richard Stauch | on behalf of Creditor Adjusters International lpadilla@ns-law.net |
| Thomas Richard Stauch | on behalf of Creditor Adjusters International Colorado Inc. lpadilla@ns-law.net |
| Troy P. Majoue | on behalf of Plaintiff James W Cunningham tmajoue@mcslaw.com mosullivan@albinroach.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| William J. Eggleston | on behalf of Interested Party Lexington Insurance Company wje@egglestonbriscoe.com rlg2@egglestonbriscoe.com;mmg@egglestonbriscoe.com;nsa@egglestonbriscoe.com;jmr@egglestonbriscoe.com |
| William J. Eggleston | on behalf of Defendant Lexington Insurance Company wje@egglestonbriscoe.com rlg2@egglestonbriscoe.com;mmg@egglestonbriscoe.com;nsa@egglestonbriscoe.com;jmr@egglestonbriscoe.com |

TOTAL: 43