

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 28, 2023

United States Bankruptcy Judge

___

BTXN 210 (rev. 05/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

In Re: § 
Hearthwood North I Association, Inc. § Case No.: 12–35375–sgj7
 § Chapter No.: 7
Debtor(s) §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Gary Luu filed an Application for Payment of Unclaimed Funds on 09/26/2023 in the amount of $18,318.65.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

Other: 1) Date application signed by claimant must be same date application is signed by notary. Notary must include year when dating application.
2) Forms W–8BEN and AO215 must contain original wet ink signatures and be submitted to the court on paper and not electronically.

☑ 3) Application form BTXN127 must be used along with provided form for Certificate of Service to the U.S. Attorney's office.
Please visit https://www.txnb.uscourts.gov/forms/btxn127–unclaimed–funds–application–and–instructions to obtain the application and certificate of service forms.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

### # # # End of Order # # #