

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 28, 2023**

United States Bankruptcy Judge

_____

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Hearthwood North I Association, Inc. | § | Case No.:  12–35375–sgj7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that Gary Luu filed an Application for Payment of Unclaimed Funds on 09/26/2023 in the amount of $18,318.65.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

Other: 1) Date application signed by claimant must be same date application is signed by notary. Notary must include year when dating application.
2) Forms W–8BEN and AO215 must contain original wet ink signatures and be submitted to the court on paper and not electronically.

☑ 3) Application form BTXN127 must be used along with provided form for Certificate of Service to the U.S. Attorney's office.
Please visit
https://www.txnb.uscourts.gov/forms/btxn127–unclaimed–funds–application–and–instructions
to obtain the application and certificate of service forms.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

### # # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:
                                                                                Case No. 12-35375-sgj

Hearthwood North I Association, Inc.
                                                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2023 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | Gary Luu, Av Sind De Hacienda 604, FRACC FOVISTE 4TA ETAPA, Mexicali BC CP, MEXICO |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Bayview Loan Servicing  LLC ndecf@BDFGROUP.com |
| Bradley Clay Knapp | on behalf of Interested Party Bank of New York Mellon Trust Company  N.A., fka the Bank of New York Trust Company, NA, as Trustee in Trust for Chase Flex Multi-Class Mortgage Pass-Through Certificates, Series 2007-1 bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| D. Woodard Glenn | on behalf of Other Professional Garrett Realty Advisors wglenn@dwgpc.com |
| Daniel J. Sherman | on behalf of Attorney Sheman & Yaquinto  LLP djsherman@syllp.com |
| Daniel J. Sherman | on behalf of Trustee James W. Cunningham djsherman@syllp.com |
| Daniel J. Sherman | on behalf of Plaintiff James W. Cunningham djsherman@syllp.com |
| Eboney D. Cobb | on behalf of Creditor Richardson ISD ecobb@pbfcm.com  ecobb@pbfcm.com;ecobb@ecf.inforuptcy.com |

District/off: 0539-3     User: admin     Page 2 of 3

Date Rcvd: Nov 29, 2023     Form ID: pdf012     Total Noticed: 1

Elizabeth Banda Calvo

on behalf of Creditor Richardson ISD rgleason@pbfcm.com ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com dallas.bankruptcy@lgbs.com

Eric K. Bowers

on behalf of Defendant Prime Insurance Company ebowers@zelle.com bvilla@zelle.com;apogue@zelle.com

Erin Marie Schmidt

on behalf of U.S. Trustee United States Trustee ustpregion06.da.ecf@usdoj.gov erin.schmidt2@usdoj.gov

H. Gray Burks

on behalf of Creditor CITIMORTGAGE INC. gburks@logs.com, nibates@logs.com,logsecf@logs.com

Jack Warren Manning

on behalf of Creditor The Manning Law Firm jack@lawyeranddefender.com

James W. Cunningham

ECF.JCTrustee@att.net jcunningham@ecf.axosfs.com

Jason Michael Katz

on behalf of Interested Party Oyindamola Eniola Popoola jkatz@ccsb.com wmartinez@ccsb.com,talvarado@ccsb.com

Jason Michael Katz

on behalf of Interested Party Oluwasegun Oluwatoyin Popoola jkatz@ccsb.com wmartinez@ccsb.com,talvarado@ccsb.com

Jeffrey R Seckel

on behalf of Defendant Lexington Insurance Company jseckel@mcslaw.com lvelazquez@mcslaw.com

Jeffrey R Seckel

on behalf of Attorney McGuire Craddock & Strother, P. C. jseckel@mcslaw.com, lvelazquez@mcslaw.com

Jeffrey R Seckel

on behalf of Plaintiff James W Cunningham jseckel@mcslaw.com lvelazquez@mcslaw.com

Jeffrey R Seckel

on behalf of Plaintiff Hearthwood North I Association Inc. jseckel@mcslaw.com, lvelazquez@mcslaw.com

Jeffrey R Seckel

on behalf of Trustee James W. Cunningham jseckel@mcslaw.com lvelazquez@mcslaw.com

Jeffrey R. Erler

on behalf of Creditor Cotton Commercial USA Inc. f/k/a Cotton USA, LP jerler@erlerpc.com, gmgtemp@ghetrial.com

Joyce W. Lindauer

on behalf of Debtor Hearthwood North I Association Inc. joyce@joycelindauer.com, dian@joycelindauer.com

Kirk A. Schwartz

on behalf of Creditor CITIMORTGAGE INC. kirk.schwartz@decubaslewis.com, LOGSECF@logs.com

Larry Alan Levick

on behalf of Creditor JPMorgan Chase Bank National Association, its successors and assigns levick@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Laurie A Spindler

on behalf of Creditor Dallas County Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

Mark Baggett

on behalf of Creditor City of Dallas mark.baggett@dallas.gov kyle.paur@dallascityhall.com;marisela.navarrro@dallascityhall.com;jennifier.krueger@dallascityhall.com;danna.walls@dallascityhall.com;james.richards@dallascityhall.com

Michael Wayne Sebesta

on behalf of Attorney Cavazos Hendricks, Poirot & Smitham, PC msebesta@chfirm.com, chps.ecfnotices@ecf.courtdrive.com

Michael Wayne Sebesta

on behalf of Creditor Official Committee of Condominium Owners msebesta@chfirm.com chps.ecfnotices@ecf.courtdrive.com

Michael Wayne Zientz

on behalf of Creditor Rushmore Loan Management Services LLC txnd@mwzmlaw.com

Richard W. Ward

on behalf of Creditor BDA Design Group Inc. rwward@airmail.net

Robert Milbank, Jr.

on behalf of Trustee James W. Cunningham rob@milbanklaw.com

Sol Villasana

on behalf of Creditor ADI Engineering Inc. svillasana@whitewiggins.com

Stephen Weikai Wu

District/off: 0539-3                                    User: admin                                    Page 3 of 3

Date Rcvd: Nov 29, 2023                        Form ID: pdf012                        Total Noticed: 1

on behalf of Creditor Ocwen Loan Servicing  LLC swu@mwzmlaw.com, txnd@mwzmlaw.com

Steve Turner

on behalf of Creditor Federal National Mortgage Association (Fannie Mae)  Creditor c/o Seterus, Inc. ndecf@BDFGROUP.com

Steve Turner

on behalf of Creditor MidFirst Bank ndecf@BDFGROUP.com

Susan B. Hersh

on behalf of Interested Party Bella Apartment Holdings  LLC susan@susanbhershpc.com, assistant@susanbhershpc.com

Thomas Richard Stauch

on behalf of Creditor Adjusters International lpadilla@ns-law.net

Thomas Richard Stauch

on behalf of Creditor Adjusters International Colorado  Inc. lpadilla@ns-law.net

Troy P. Majoue

on behalf of Plaintiff James W Cunningham tmajoue@mcslaw.com  mosullivan@albinroach.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

William J. Eggleston

on behalf of Interested Party Lexington Insurance Company wje@egglestonbriscoe.com
rlg2@egglestonbriscoe.com;mmg@egglestonbriscoe.com;nsa@egglestonbriscoe.com;jmr@egglestonbriscoe.com

William J. Eggleston

on behalf of Defendant Lexington Insurance Company wje@egglestonbriscoe.com
rlg2@egglestonbriscoe.com;mmg@egglestonbriscoe.com;nsa@egglestonbriscoe.com;jmr@egglestonbriscoe.com

TOTAL: 43